



















<z
