







# Fake Seals used on the MSC Gayane












