AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>Goran Gogic<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 22 Cr. 493 (ARR) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goran Gogic

Date: 12/01/2022

/s/ Noam Greenspan
*Attorney's signature*

Noam Greenspan
*Printed name and bar number*

Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, NY 10005

*Address*

ngreenspan@talkinlaw.com
*E-mail address*

(212) 482-0007
*Telephone number*

(212) 482-1303
*FAX number*