## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Vera M. Scanlon      DATE: 1/18/2023

DOCKET NUMBER: 22-cr-493(ARR)   FTR #: 11:41 - 12:02

DEFENDANT'S NAME: Goran Gogic
__X__ Present   ____ Not Present   _✓_ Custody   ____ Bail

DEFENSE COUNSEL: Sam Talkin
____ Federal Defender   ____ CJA   _X_ Retained

A.U.S.A: Robert Pollak for Nomi Berenson       CLERK: M. Sica

INTERPRETER: Carmen Ess          (Language) Serbian

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.   ____ Defendant's first appearance.

____ Bond set at _____.
Defendant ___ released ___ held pending satisfaction of bond conditions.
____ Defendant advised of bond conditions set by the Court and signed the bond.
____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
____ (Additional) surety/ies to co-sign bond by _____
____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted
____ Temporary Order of Detention Issued. Bail Hearing set for _____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
_X_ Order of Excludable Delay/Speedy Trial entered. Start 1/18/23. Stop 3/13/23.

____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for 3/13/23 @ 11:30 before Judge Ross.

Other Rulings: Brady Act Rule 5f ordered on the record. Written to follow.