U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

RMP
F. #2022R00883

February 24, 2023

By ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Goran Gogic
                  Criminal Docket No. 22-493 (ARR)

Dear Judge Ross:

      The government respectfully submits this letter on behalf of the parties to request an order of excludable delay under the Speedy Trial Act from March 13, 2023 through March 15, 2023. The defendant was arraigned on January 18, 2023 and during that proceeding U.S. Magistrate Judge Vera M. Scanlon granted the parties' motion to exclude time from that date until March 13, 2023—which was expected to be the date of the first status conference before Your Honor—to facilitate discussions concerning the potential for a disposition short of trial and matters related to discovery. The parties have been advised by Your Honor's courtroom deputy that the first status conference will now occur on March 15, 2023. The parties remain engaged in discussions concerning disposition and discovery and respectfully request an order of excludable delay through March 15, 2023 on the same bases as before. The parties respectfully submit that the interests of justice served by the exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                          By:   /s/ Robert M. Pollack
                                          Robert M. Pollack
                                          Assistant U.S. Attorney
                                          (718) 254-6232

cc:    Clerk of the Court (ARR) (by ECF)
       Counsel of record (by ECF and E-mail)