CRIMINAL CAUSE FOR STATUS CONFERENCE:

BEFORE: ROSS, U.S.D.J          AUG. 10, 2023          TIME: 11:00am

CR-22-493

DEFT NAME: **Goran Gogic**                              #
  X  present      ___ not present      x  cust.      ___ bail

DEFENSE COUNSEL: **Joseph Corozzo Jr. & Sanford Talkin**
  X  present      ___ not present      ___ CJA      x RET.      ___ LAS

A.U.S.A.: **Nomi Berenson**                     CLERK: D. La Salle

REPORTER: Avery Armstrong                       Other: _____

INT:  ___ (LANG.- _____ )

- [x] CASE CALLED.   [x] DEFT APPEARS WITH COUNSEL.
- [ ] DEFT APPEARS WITHOUT COUNSEL.
- [ ] COUNSEL PRESENT WITHOUT DEFT.
- [ ] STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- [ ] STATUS CONF/HRG FOR DEFT HELD.
- [ ] JURY SELECTION SET FOR _____ ---
- [ ] BEFORE J. ROSS   ___ PARTIES CONSENT TO MAGISTRATE.
- [ ] TRIAL SCHEDULED FOR _____.
- [x] **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
    - [x] CODE TYPE __T__ START 8/10/23   STOP 10/3/23
    - [x] ORDER / ~~WAIVER EXECUTED~~ & FILED.   ___ ENT'D ON RECORD.
- [ ] STATUS CONF/HRG CONT'D TO _____.
- [x] FURTHER STATUS CONFERENCE SET FOR 10/3/23 @ 11:30am.

DEFT ___ SWORN   ___ ARRAIGNED   ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
    _____ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER: _____