

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 20, 2023

By USAfx and ECF

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
(t) (212) 482-0007

Joseph Corazzo, Jr.
Rubinstein & Corazzo LLP
260 Madison Ave, 22nd Floor
New York, New York 10016
(t) 212-545-8206

   Re: United States v. Goran Gogic
      Criminal Docket No. 22-493 (ARR)

Dear Counsel:

   Enclosed please find a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, and June 7, 2023. The government also requests reciprocal discovery from the defendant.

   This production is made pursuant to the protective order signed by the parties and filed by the government on September 20, 2023 (ECF Dkt. No. 26). The enclosed production contains recordings, Bates-numbered SENSITIVE GOGIC000117—SENSITIVE GOGIC126.

           Very truly yours,

           BREON PEACE
           United States Attorney

     By:  /s/ Nomi D. Berenson
        Nomi D. Berenson
        Robert M. Pollack
        Assistant U.S. Attorney
        (718) 254-7000

Enclosures
cc:  Clerk of the Court (ARR) (by ECF) (without enclosures)