**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J     NOV.16,2023     TIME:11:00am

CR-22-493

DEFT NAME: **Goran Gogic**     #
    X present     ___ not present     x cust.     ___ bail

DEFENSE COUNSEL: **Sanford Talkin & Joseph Corozzo Jr.**
    x present     ___ not present     CJA     x RET.     LAS

A.U.S.A.: **Nomi Berenson & Robert Pollack**     CLERK: D. La Salle

REPORTER: Leeann Musolf     Other: ___

INT: (LANG.-Serbian) Carmen Ess

- **X** CASE CALLED. **x** DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO ___.
- ___ STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR ___ ---
- ___ BEFORE J. ROSS ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR ___.

- **X** **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
  CODE TYPE T START 11/16/23 STOP 12/20/23
  **Xx** ORDER FILED. ___ ENT'D ON RECORD.

- ___ STATUS CONF/HRG CONT'D TO ___.
- **x** FURTHER STATUS CONFERENCE SET FOR 12/20/2023 @ 11:30am.

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
      ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
  ___ OF THE (Superseding) INDICTMENT / INFORMATION.
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- ___ SENTENCING TO BE SET BY PROBATION.

OTHER: ___