

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 19, 2024

<u>By USAfx and ECF</u>

| | |
|---|---|
| Sanford Talkin, Esq. | Joseph Corozzo, Jr. |
| Talkin, Muccigrosso & Roberts, LLP | Rubinstein & Corazzo LLP |
| 40 Exchange Place, 18th Floor | 260 Madison Ave, 22nd Floor |
| New York, New York 10005 | New York, New York 10016 |
| (t) (212) 482-0007 | (t) 212-545-8206 |

Re: United States v. Goran Gogic
    Criminal Docket No. 22-493 (ARR)

Dear Counsel:

This letter will be accompanied by a link, sent by separate e-mail, to the secure download of a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, and November 14, 2023. This production is made pursuant to the protective order entered by the Court on September 20, 2023 (ECF Dkt. No. 28), and the stipulation and order entered by the Court on October 3, 2023 (ECF Dkt. No. 31). The government also requests reciprocal discovery from the defendant.

The enclosed production contains copies of the following records:

(1) Records from the Four Seasons Hotels, Bates-numbered GOGIC002943 – GOGIC002944;

(2) Records from Turkish Airlines, Bates-numbered GOGIC002945 – GOGIC003011;

(3) MDC inmate transaction records, Bates-numbered GOGIC003012 – GOGIC003015; and

(4) MDC inmate call records, GOGIC003016 – GOGIC003071.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Nomi D. Berenson
     Nomi D. Berenson
     Robert M. Pollack
     Assistant U.S. Attorneys
     (718) 254-7000

cc:   Clerk of the Court (ARR) (by ECF) (without download link)