

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

NDB/RMP
F. #2022R00883/NY-NYE-865

January 29, 2024

<u>By FedEx, Email and ECF</u>

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
(t) (212) 482-0007

Joseph Corozzo, Jr.
Rubinstein & Corazzo LLP
260 Madison Ave, 22nd Floor
New York, New York 10016
(t) 212-545-8206

   Re: <u>United States v. Goran Gogic</u>
     <u>Criminal Docket No. 22-493 (ARR)</u>

Dear Counsel:

   Enclosed please find a hard drive that contains a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, November 14, 2023 and January 19, 2024. An additional document is produced contemporaneously via email. This production is made pursuant to the protective order entered by the Court on September 20, 2023 (ECF Dkt. No. 28), and the stipulation and order entered by the Court on October 3, 2023 (ECF Dkt. No. 31). The government also requests reciprocal discovery from the defendant.

   This production includes copies of the following records:

  (1) A hard drive containing the records of the devices seized from the Desireee, Anvi, and MSC Gayane, Bates-numbered SENSITIVE_GOGIC003072; and

(2) Screenshots of Sky Chat conversations, Bates-numbered
SENSITIVE_GOGIC003073-SENSITIVE_GOGIC3078.

        Very truly yours,

        BREON PEACE
        United States Attorney

By:   /s/ Nomi D. Berenson
        Nomi D. Berenson
        Robert M. Pollack
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (ARR) (by ECF) (without enclosure)