**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J    FEB. 21, 2024    TIME: 11:00am

CR-22-493

DEFT NAME: **Goran Gogic**    #
___ present    ✓ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: **Sanford Talkin & Jospeh Corozzo, Jr.**
✓ present    ___ not present    ___ CJA    x RET.    ___ LAS

A.U.S.A.: **Nomi Berenson & Robert Pollack**    CLERK: D. La Salle

REPORTER: Sophie Nolan    Other: ___

INT: (LANG.- ___)

- X  CASE CALLED.    x  DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO ___.
- ___ STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR ___
- ___ BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR ___.
- ✓ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
  - ✓ CODE TYPE **T** START 2/21/24    STOP 4/2/24
  - ✓ ORDER / ~~WAIVER EXECUTED~~ & FILED.    ___ ENT'D ON RECORD.
- ___ STATUS CONF/HRG CONT'D TO ___.
- ✓ FURTHER STATUS CONFERENCE SET FOR 4/2/24 @ 11:00am.

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER:
✓ Defendent's appearance is waived.