

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

NDB/RMP
F. #2022R00883/NY-NYE-865

March 18, 2024

<u>By Email and ECF</u>

| | |
|---|---|
| Sanford Talkin, Esq. | Joseph Corozzo, Jr. |
| Talkin, Muccigrosso & Roberts, LLP | Rubinstein & Corazzo LLP |
| 40 Exchange Place, 18th Floor | 260 Madison Ave, 22nd Floor |
| New York, New York 10005 | New York, New York 10016 |
| (t) (212) 482-0007 | (t) 212-545-8206 |

    Re:    United States v. Goran Gogic
                  Criminal Docket No. 22-493 (ARR)

Dear Counsel:

        Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, November 14, 2023, January 19, 2024, and January 26, 2024. The government also requests reciprocal discovery from the defendant.

        This production includes copies of the following records:

(1) A search and seizure warrant issued on February 26, 2024, for an iPhone 13 Pro max, serial number DWF4QW7YGG, in government custody in the Eastern District of New York, with bates numbers GOGIC003073-GOGIC003089.

Very truly yours,

                                        BREON PEACE
                                        United States Attorney

                        By:     /s/
                                        Nomi D. Berenson
                                        Robert M. Pollack
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

cc:     Clerk of the Court (ARR) (by ECF) (without enclosure)