**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J      APR. 2, 2024      TIME: 11:00am

CR-22-493

DEFT NAME: **Goran Gogicn**     #
X present   ___ not present   x cust.   ___ bail

DEFENSE COUNSEL: **Joseph Corozzo, Jr. & Sanford Talkin**
X present   ___ not present   ___ CJA   x RET.   ___ LAS

A.U.S.A.: **Robert Pollack & Nomi Berenson**   CLERK: D. La Salle

REPORTER: Sophie Nolan                Other: ___

INT:   (LANG.-Serbian) Carmen Ess

- [X] CASE CALLED.  [x] DEFT APPEARS WITH COUNSEL.
- [ ] DEFT APPEARS WITHOUT COUNSEL.
- [ ] COUNSEL PRESENT WITHOUT DEFT.
- [ ] STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- [ ] STATUS CONF/HRG FOR DEFT HELD.
- [ ] JURY SELECTION SET FOR _____ ---
- [ ] BEFORE J. ROSS   [ ] PARTIES CONSENT TO MAGISTRATE.
- [ ] TRIAL SCHEDULED FOR _____.
- [✓] **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
  - [✓] CODE TYPE _T_ START _4/2/24_ STOP _5/30/24_
  - [ ] ORDER / ~~WAIVER EXECUTED~~ & FILED.  ___ ENT'D ON RECORD.
- [ ] STATUS CONF/HRG CONT'D TO _____.
- [✓] FURTHER STATUS CONFERENCE SET FOR _5/30/24 @ 2:00pm_.

DEFT ___ SWORN   ___ ARRAIGNED   ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___
_____ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER: _____