

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2024

By Email and ECF

| | |
|---|---|
| Sanford Talkin, Esq. | Joseph Corozzo, Jr. |
| Talkin, Muccigrosso & Roberts, LLP | Rubinstein & Corazzo LLP |
| 40 Exchange Place, 18th Floor | 260 Madison Ave, 22nd Floor |
| New York, New York 10005 | New York, New York 10016 |
| (t) (212) 482-0007 | (t) 212-545-8206 |

Re: United States v. Goran Gogic
Criminal Docket No. 22-493 (ARR)

Dear Counsel:

Enclosed please find a flash drive that contains a production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's productions on March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, November 14, 2023, January 19, 2024, January 26, 2024, and March 18, 2024. The government also requests reciprocal discovery from the defendant.

This production includes copies of the following records:

(1) Extraction reports for the Apple iPhone 13 Pro Max, serial number DWF4QW7YGG with bates numbers GOGIC003090-GOGIC003431.

(2) (Draft) machine translations of TRUFONE recordings with bates numbers GOGIC003432-GOGIC003565.

(3) The corresponding TRUFONE recordings to GOGIC003432-GOGIC003565 with bates numbers GOGIC003566-GOGIC003612.

(4) TRULINC messages for the date of February 14, 2024 with bates numbers GOGIC003613-GOGIC003642.

(5) The corresponding (draft) machine translations of the TRULINCS messages in GOGIC003613-GOGIC003642 with bates numbers GOGIC003643-GOGIC003664.

(6) Extracted files and reports for the Apple iPhone Pro Max, serial number DWF4QW7YGG with bates numbers GOGIC003665 and GOGIC003666.

(7) The complete extraction of Apple iPhone Pro Max, serial number DWF4QW7YGG with bates numbers GOGIC003667.

(8) Images of the Apple iPhone Pro Max, serial number DWF4QW7YGG with bates numbers GOGIC003668-GOGIC003683.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/
Nomi Berenson
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (ARR) (by ECF) (without enclosure)