PP:NDB/RMP
F. #2022R00883/NY-NYE-865

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>AMENDMENT TO STIPULATION & PROTECTIVE ORDER</u> |
| -against- | |
| GORAN GOGIC, | 22 CR 493 (ARR) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY ORDERED by the Court, pursuant to Federal Rule of Criminal Procedure 16(d), that:

1. The protective order (the "Order") entered by the Court on September 20, 2023 (Dkt. No. 26) governs all discovery produced in this case.

2. The Order is amended to permit Defense Counsel to share discovery produced by the government, to the extent it consists of Sky ECC data, to foreign counsel Andreas Milch and that such data must otherwise be treated as set forth in the Order; and

3. Mr. Milch is not added as a member of Defense Counsel's Team as that term is defined in the Order.

4. Mr. Milch will return to the government or securely destroy the discovery materials and all copies thereof, when the Defendant concludes all efforts to defend against the charges in the above-captioned case and any superseding indictment, including but not limited to preparing for trial and any sentencing, appeal, or collateral attack, which was commenced within

1

a year of the exhaustion of the Defendant's appellate rights, involving the charges in the above-captioned case.

  5.  Nothing in the Order, including this amendment to the Order, shall preclude the government or the Defendant from seeking a further order pursuant to Rule 16(d) as to particular items of the Discovery Materials.

  6.  Nothing in the Order, including this amendment to the Order, in any way releases counsel for the government or Defense Counsel from the obligations of the "Free Press Fair Trial Directives" of Local Rule 23.1 of the Local Criminal Rules of the Eastern District of New York.

  7.  In the event that any terms of the Order, including any terms of this amendment to the Order, are violated, Defense Counsel or the government shall advise the Court and opposing counsel immediately of the nature and circumstances of such violation.

8. This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

Dated: July __, 2024
      Brooklyn, New York

SO ORDERED.

Date: _____, 2024

_____
THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK