UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

GORAN GOGIC,

                                 Defendant.
------------------------------------------------------------------------X

For Online Publication Only

**ORDER**
22-CR-493 (JMA)

FILED
CLERK
10:30 am, Aug 12, 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

In its June 13, 2025 motion in limine, the Government requested that I "admit evidence of the defendant's communications over the encrypted messaging application Sky ECC (or 'Sky')[.]" (ECF No. 96 at 1.) Specifically, the Government states that it intends to offer into evidence excerpts taken from a set of spreadsheets that purportedly contain captured communications between Defendant and other individuals. (Id. at 5.) The spreadsheets were sent to federal law enforcement by a French official pursuant to a Mutual Legal Assistance Treaty ("MLAT"). (Id. at 4.) Defendant opposes the Government's motion, arguing, inter alia, that the Government cannot authenticate the spreadsheets in the manner contemplated because none of the proposed witnesses have personal knowledge about the spreadsheets' creation. (See ECF No. 106 at 3–16.) Defendant also argues that introducing files that were created for the purpose of the prosecution, without the opportunity to cross-examine the creator, would violate the Confrontation Clause. (Id. at 2 (citing Bullcoming v. New Mexico, 564 U.S. 647, 658–59 (2011)).)

Because I have not had the opportunity to review the Government's proposed exhibits, I cannot meaningfully evaluate the parties' arguments about authentication of the Sky evidence. Accordingly, the Government shall file a reply brief further describing the evidence it intends to

introduce and responding to the Defendant's authentication arguments. The reply brief should specifically address the following:

- Provide a copy of the proposed exhibits, the *procès-verbal*, and any other documents the Government intends to use to authenticate the Sky evidence.

- Identify the approximate number of excerpts and/or individual messages the Government plans to introduce and the number of underlying spreadsheets from which those excerpts are derived.

- Whether any of the excerpts the Government intends to introduce include messages purportedly sent from (or received by) individuals the Government intends to call as witnesses.

- What, if any, additional evidence does the Government intend to offer regarding the MLAT request, the creation or compilation of the spreadsheets, and/or the underlying intelligence operation through which the content of the spreadsheets was intercepted?

- The Confrontation Clause argument raised by Defendant about the Sky evidence. (See ECF 106 at 2.)

The reply brief should also address whether the Government has an alternative means of authenticating the Sky evidence if I were to rule that the spreadsheets cannot be authenticated in the manner proposed. For example, if I were to rule that the spreadsheets cannot be authenticated in the manner proposed, does the Government have an alternative means of authenticating the Sky evidence, such as calling one or more witnesses from Europe who participated in the interception and/or compilation of the message data?

If necessary, the Government may request leave to file the relevant submissions under seal and ex parte, and identify the basis for such filing. The Government's reply is due by August 21, 2025.

**SO ORDERED.**
Dated:   August 12, 2025
         Central Islip, New York

                                            /s/ (JMA)
                                   _____
                                   JOAN M. AZRACK
                                   UNITED STATES DISTRICT JUDGE

3