

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO/RMP
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 15, 2025

<u>By Hand Delivery and ECF</u>

Joseph Corozzo, Jr., Esq.
Angela D. Lipsman, Esq.
Rubinstein & Corozzo LLP
260 Madison Ave, 22nd Floor
New York, New York 10016
jcorozzo@rubcorlaw.com
alipsman@rubcorlaw.com

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Floor
New York, New York 10005
samt@talkinlaw.com

Re:   United States v. Goran Gogic
      Criminal Docket No. 22-493 (JMA)

Dear Counsel:

      Enclosed please find signed expert disclosures, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. The government reserves the right to supplement and/or correct this disclosure if appropriate. <u>See</u> Fed. R. Crim. P. 16(a)(1)(G)(vi). The government also requests reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Nomi D. Berenson
      Nomi D. Berenson
      Assistant U.S. Attorney
      (718) 254-6308

Enclosure

cc:   Clerk of the Court (JMA) (by ECF)

## Disclosure as to Expert Witnesses
## Kathryn Adams, Russell Gallis, Jennifer Leonard-Hayes, and Yuriy Uvaydov

I.  Statement of Opinions, Bases and Reasons

Attached are "a complete statement of all opinions that the government will elicit from [each of Kathryn Adams, Russell Gallis, Jennifer Leonard-Hayes, and Yuriy Uvaydov] in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under [Rule 16](b)(1)(C), and the bases and reasons for them," Fed. R. Crim. P. 16(a)(1)(G)(iii).  See Exhibits 1(A), 1(B), 1(C), and 1(D), respectively.  The laboratory reports and case files provided for each witness are attached and incorporated by reference.  See Exhibits 1(A)-1, 1(B)-1, 1(C)-1, and 1(D)-1, respectively.

II.  Qualifications

Attached are a list for each of Kathryn Adams, Russell Gallis, Jennifer Leonard-Hayes, and Yuriy Uvaydov's "qualifications, including a list of all publications authored in the previous 10 years," Fed. R. Crim. P. 16(a)(1)(G)(iii).  See Exhibits 2(A), 2(B), 2(C), and 2(D), respectively.

III.  List of Cases

Attached are "a list of all other cases in which, during the previous 4 years, [each of Kathryn Adams, Russell Gallis, Jennifer Leonard-Hayes, and Yuriy Uvaydov] has testified as an expert at trial or by deposition," Fed. R. Crim. P. 16(a)(1)(G)(iii).  See Exhibits 2(A), 2(B), 2(C), and 2(D), respectively.   For each witness, this list reflects the witness's best efforts to compile his or her expert testimony over the previous four years.  Because Rule 16 did not require the disclosure of such a list prior to December 1, 2022, none of the Customs and Border Protection, Drug Enforcement Administration, or Federal Bureau of Investigation, for whom the witnesses were variously employed, did not keep track of it systematically.  Each witness understands that if he or she learn of additional testimony that should be disclosed, the witness will supplement this disclosure pursuant to Fed. R. Crim. P. 16(a)(1)(G)(vi).