UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

GORAN GOGIC,

                                 Defendant.
------------------------------------------------------------------------X

(For Online Publication Only)

**FILED**
**CLERK**
10/16/2025 3:56 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**ORDER**
22-CR-493 (JMA)

**AZRACK, United States District Judge:**

Pending before me are several in limine motions concerning the admissibility of evidence of communications over the encrypted messaging platform Sky ECC (the "Sky Evidence") that was intercepted in Europe and transmitted to the Government by a French official. (ECF Nos. 94, 96 & 129.) In response to my August 12, 2025 Order, the Government filed a reply brief setting out their anticipated plan for authenticating the Sky Evidence. (ECF No. 118.) The Government has also provided the Court with a list of anticipated trial exhibits, including excerpts from 41 different Sky communication threads and three "Certificate(s) of Authenticity" concerning the transmission of evidence from France. To aid my resolution of the motions in limine and streamline the introduction of evidence at trial, the Government is ordered to file a supplemental letter that includes the following information:

- The purported identities, insofar as they are known to the Government, of the Sky users whose communications are reflected in the Government's exhibits numbered GX-114 through GX-157 and a list of which, if any, of those individuals are expected to testify at trial.

- A list of the Sky PIN(s) associated with any witness the Government expects to call at trial.

- A copy of the request(s) or communication(s) from the United States, including the MLAT request, that elicited the transmission of the Sky Evidence, including any "refreshed" versions (see ECF No. 131 at 4 n.5), from France.

- The basis for admitting the proffered "Certificate(s) of Authenticity" and exhibits labeled "Proces Verbal" (GX 158-C; GX 159-C; GX 161-C; GX 162-C; GX 163-C; and GX 164-C ) as evidence at trial.

The Government shall file its supplemental letter, along with any attachments, no later than Wednesday, October 22, 2025.

**SO ORDERED.**
Dated:   October 16, 2025
          Brooklyn, New York

/s/ JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

2