# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

**RONALD RUBINSTEIN**
**JOSEPH R. COROZZO**

**ANGELA D. LIPSMAN (NY; NJ)**

Of Counsel:
**MARSHALL A. MINTZ**

October 21, 2025

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Gogic
22 CR 493 (JMA)

Dear Judge Kaminsky,

I represent Defendant Goran Gogic ("Gogic"). I write to respectfully request that the status conference scheduled for 11:30 a.m. on October 30, 2025 be rescheduled.

The reason for this request is a scheduling conflict. On the morning of the status conference, I am due in State court in New York County for arraignments and plea hearings.

I therefore respectfully request that the conference be rescheduled for a different date at the Court's convenience.

My office has reached out to the U.S. Attorney's Office and both parties are available on Friday, October 31, 2025.

Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.

cc: A.U.S.A.s Nomi Berenson, Katherine Onyshko,
Francisco Navarro (via ECF)