

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO  *271 Cadman Plaza East*
F. #2022R00883/NY-NYE-865  *Brooklyn, New York 11201*

October 22, 2025

By E-Mail and ECF

Joseph Corozzo, Jr., Esq.  Sanford Talkin, Esq.
Angela D. Lipsman, Esq.  Talkin, Muccigrosso & Roberts, LLP
Rubinstein & Corozzo LLP  40 Exchange Place, 18th Floor
260 Madison Ave, 22nd Floor  New York, New York 10005
New York, New York 10016  samt@talkinlaw.com
jcorozzo@rubcorlaw.com
alipsman@rubcorlaw.com

George J. Vila, Esq.
George J. Vila, P.A.
201 Alhambra Circle, Suite 702
Coral Gables, FL 33134
gvila@gjvpa.com

   Re: United States v. Goran Gogic
     Criminal Docket No. 22-493 (JMA)

Dear Counsel:

  The government is providing notice of its intention to introduce certain records at trial during the government's case in chief.

  Pursuant to Federal Rule of Evidence 902 (11), the government provides notice that it intends to introduce at trial business records under Federal Rules of Evidence 803(6) and 902(11). The specific business records the government intends to introduce at trial, and the corresponding certification from the records' custodian, are identified below by bates number and the certifications are attached as Exhibit A.[1]

---

[1] The government does not currently intend to introduce the full set of records from each custodian. Rather, it is providing notice to the defendant in an abundance of caution. The government anticipates that a subset of these records will be introduced at trial.

| Custodian | Certification | Corresponding Bate-Stamped Records |
|---|---|---|
| Four Seasons Hotels Limited | GOGIC004742-GOGIC004763 and GX 302-C | GOGIC002945-GOGIC003011 and GX 302 |
| Turkish Airlines | GOGIC005705-GOGIC005706 and GX 303-C | GOGIC005643-GOGIC005644 and GX 303 |

Pursuant to Federal Rules of Evidence 902(13) and 902(14), the government provides notice that it intends to introduce at trial portions of an electronic extraction of the defendant's cellphone under Federal Rules of Evidence 902(13) and 902(14). The government previously provided defense counsel with government exhibits 101B-1 though 101B-18, which consist of those portions of the cellphone extraction. The certification is attached as Exhibit B.[2]

Pursuant to Federal Rules of Evidence 902(3), the government provides notice that it intends to introduce at trial foreign public records under Federal Rules of Evidence 803(6) and 902(3) (immigration records). The specific records the government intends to introduce at trial, and the corresponding certification from the records' custodian, are identified below by bates number and the certifications are attached as Exhibit C.[3] The government also intends to introduce the certified translations of these records, previously provided to defense counsel.

| Custodian | Certification | Corresponding Bate-Stamped Records |
|---|---|---|
| Ecuadorean Immigration | SENSITIVE_GOGICGOGIC004885-SENSITIVE_GOGICGOGIC004889 and GX 301 | SENSITIVE_GOGICGOGIC004885 - SENSITIVE_GOGIC004921 and GX 301/GX 301T |
| Colombian Immigration | GOGIC005632 and GX 304-C | GOGIC005645-GOGIC005658 and GX 304/GX 304T |

Pursuant to Federal Rules of Evidence 902(1), the government provides notice that it intends to introduce at trial domestic public records under Federal Rules of Evidence 803(6) and 902(1). The domestic public records are sealed and signed. The specific records the

---

[2] The government does not currently intend to introduce the full set of records from the phone extraction. Rather, it is providing notice to the defendant in an abundance of caution. The government anticipates that a subset of these records will be introduced at trial.

[3] The government does not currently intend to introduce the full set of records from each custodian. Rather, it is providing notice to the defendant in an abundance of caution. The government anticipates that a subset of these records will be introduced at trial.

government intends to introduce at trial are identified below by bates number and the certifications are attached as Exhibit D.[4]

| Custodian | Corresponding Bate-Stamped Records |
|---|---|
| Eastern District of Pennsylvania Judgements of Conviction | GOGIC005732 – GOGIC005779 and GX 324 – GX 331 |

                                    Very truly yours,

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney

                     By:    /s/ Katherine P. Onyshko
                                    Katherine P. Onyshko
                                    Nomi D. Berenson
                                    Francisco J. Navarro
                                    Assistant U.S. Attorneys
                                    (718) 254-7000

cc:     Clerk of the Court (JMA) (by ECF) (without enclosure)

---

[4] The government does not currently intend to introduce the full set of records from each custodian. Rather, it is providing notice to the defendant in an abundance of caution. The government anticipates that a subset of these records will be introduced at trial.