# RUBINSTEIN & COROZZO, LLP
#### COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
**TELEPHONE (212) 545-8777; FAX (917) 722-8206**
**INFO@RUBCORLAW.COM**

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

November 16, 2025

**VIA EMAIL**
Nomi D. Berenson
Katherine P. Onyshko
Francisco Navarro
Assistant United States Attorneys
United States Attorney's Office, E.D.N.Y.
271 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Goran Gogic
22 CR 493 (JMA)

Dear Assistant United States Attorneys Berenson, Onyshko and Navarro,

The defendant hereby provides notice of intent to offer at trial certified foreign public records from Colombia. See Federal Rules of Evidence 902(3) (foreign public documents are self-authenticating), 902(4) (certified public records self-authenticating); 803(6) (records of a regularly conducted activity), 803(8) (public records), 803(14) (records of documents that affect an interest in property), 803(15) (statements in documents that affect an interest in property). See also Transcript of November 6, 2025 Conference, p. 4, L. 12 – p. 5., L. 4 (granting Government's motion *in limine*, finding certified foreign public records submitted by Government are self-authenticating).

The specific records the defendant intends to introduce at trial, and the corresponding certifications of the records, are attached, and are batestamped D0001 – D0049. (The defendant may not ultimately introduce all of the annexed records, but provides them to the Government out of an abundance of caution.)

Very truly yours,

Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

cc:   Clerk of the Court (JMA) (by ECF) (without enclosures)