

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 20, 2025

**TO BE FILED UNDER SEAL**

By Hand and ECF

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Goran Gogic
                Criminal Docket No. 22-493 (JMA)

Dear Judge Azrack:

      The government respectfully writes in response to the defendant's November 16, 2025, letter concerning his request to call 55 government agents as witnesses at trial. (ECF No. 182).

      On the evening of November 14, 2025, the defendant requested that the government provide points of contact for counsel at the federal agencies that employ (or employed) 55 government agents that the defendant may want to call as trial witnesses. The government requested that information from the agencies and has provided that information to the defendant.

      With respect to the defendant's request for so-ordered subpoenas for the agents, and a waiver of the applicable *Touhy* regulations, the government submits that the basis for that request—namely that the defendant lacked sufficient time to properly contact agency counsel to request agent testimony—is moot given the adjournment of trial.

2

Moreover, the defendant chose to request the testimony of the 55 agents on the eve of trial despite having the documents upon which the request was based for a month. Additionally, the government initially offered to connect defense counsel with agency counsel on October 28, 2025. Defense counsel did not respond to that offer until the evening of November 14, 2025.

                                  Respectfully submitted,

                                  JOSEPH NOCELLA, JR.
                                  United States Attorney

By:  _____
        Nomi D. Berenson
        Francisco J. Navarro
        Katherine P. Onyshko
        Assistant U.S. Attorneys
        (718) 254-7000