

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

Everything as
FJN:NDB/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 15, 2025

By ECF and E-Mail

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Goran Gogic
                  Criminal Docket No. 22-493 (JMA)

Dear Judge Azrack:

        The government respectfully submits this letter to request a 30-day adjournment of the status conference currently set for December 17, 2025, and an order of excludable delay under the Speedy Trial Act until the date that the Court sets for the parties' next appearance. The defendant, through counsel, opposes this application.

        As the Court is aware, following jury selection on November 3, 2025 and November 5, 2025, the parties appeared before Your Honor on November 17, 2025—the date on which trial had been scheduled to begin. At that time, the government reported to the Court that arrests had been made earlier that morning in connection with efforts to tamper with the jury. See 25-MJ-322 (JRC).[1] Accordingly, the government moved to dismiss the venire and adjourn trial while it pursued the obstruction of justice investigation. (Doc. No. 184). That investigation is active and ongoing.

        The government asks the Court to adjourn the December 17, 2025 status conference for approximately 30 days or a time thereafter that is convenient for the Court. The government

---

      [1]    On December 11, 2025, a grand jury returned a two-count indictment charging obstruction of justice and conspiracy to do the same, both in violation of Title 18, United States Code, Section 1503. See 25-CR-285 (DG). (Doc. No. 187).

2

also submits that this request is in the interests of justice and requests an order to exclude time until that date.

                                              Respectfully submitted,

                                              JOSEPH NOCELLA, JR.
                                              United States Attorney

                                By:    /s/
                                              Nomi D. Berenson
                                              Katherine P. Onyshko
                                              Francisco J. Navarro
                                              Assistant U.S. Attorneys
                                              (718) 254-7000

cc:     Clerk of Court (JMA) (via email)
        Counsel of Record (via ECF)

Case 1:22-cr-00493-JMA    Document 188    Filed 12/15/25    Page 2 of 2 PageID #: 4781