# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

January 13, 2026

**VIA ECF**
Hon. Joan M. Azrack
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Gogic
    22 CR 493 (JMA)

Dear Judge Azrack,

I represent Defendant Goran Gogic. I write to respectfully request an extension of the briefing schedule. Currently, our opposition to the Government's Motion to Disqualify us is due on Friday (January 16, 2026), and the Government's reply is due on Tuesday, January 20, 2026.

Mr. Corozzo is just starting a trial in another case. Additionally, certain materials that the Government referenced in Friday's submission were served yesterday, rather than on Friday.

Wherefore, I respectfully request that Defendant's time to file the opposition to the Government's Motion to Disqualify, Doc. # 191,[1] be extended by one week to January 23, 2026, and that the Government's time to reply be extended to January 28, 2026. (The Court has already excluded time under the Speedy Trial Act.)

I have conferred with the U.S. Attorney's Office, and I have been advised that the Government consents to the request to extend the briefing schedule.

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.

---

[1] We cannot respond to the separate ex parte submission unless it is shared with us, which the Government has refused to do. The defense respectfully submits that it would be improper for the Court to take into account on the Government's Motion to Disqualify anything that counsel is not given the opportunity to address.

RUBINSTEIN & COROZZO, LLP

cc:   Assistant United States Attorney Tanya Hajjar (via ECF)