BEFORE: JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

DATE: 5/19/2026 **(Brooklyn)**
TIME: 1:00 PM (20 Mins.)

**FILED**
**CLERK**

5/19/2026 1:30 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**DOCKET NO. 22-cr-00493 (JMA)**

**DEFENDANT: Goran Gogic          DEF. #: 1**
☒ Present     ☐ Not present       ☒ Custody     ☐Bail
**DEFENSE COUNSEL: Sanford Talkin, Noam Greenspan**
☐ Federal Defender          ☐ CJA          ☒ Retained

**AUSA: Kathryn Onyshko, Nomi Berenson**

INTERPRETER: Daniela Milovanovic (Serbo-Croation, sworn)

PRETRIAL:

COURT REPORTER: Sophie Nolan          COURTROOM DEPUTY: LMP

☒     Case Called.          ☒     Counsel present for all sides.
☐     All parties consent to today's conference proceeding by telephone.
☐     Initial Appearance and Arraignment held.
☐     Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒     Waiver of speedy trial time entered; from 5/19/2026 through 10/19/2026.
☐     Order setting conditions of release and bond entered.
☐     Permanent order of detention entered.
☐     Temporary order of detention entered.
          ☐ Detention hearing scheduled for .
☐     Hearing held on .  Disposition:
☒     Jury selection is scheduled for 10/19/2026 at 9:30 AM before a Magistrate Judge, TBD
in the Brooklyn Courthouse.  Trial will begin immediately following selection before Judge
Azrack in Courtroom 8D S.

Defendant     ☐     Remains on Bond     ☒     Remains in Custody.

OTHER: