**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2026

By FedEx and ECF

Alan S. Futerfas
Stephanie Guaba
Law Offices of Alan S. Futerfas Esq.
565 Fifth Avenue, 7th Floor
New York, NY 10017
212-684-8400
asfuterfas@futerfaslaw.com

Phyllis Ann Malgieri
Fischetti & Malgieri LLP NY
565 5th Avenue, 7th Floor
New York, NY 10017
212-593-7100
pmalgieri@fischettilaw.com

Re: United States v. Goran Gogic
Criminal Docket No. 22-493 (JMA)

Dear Counsel:

This production, which is being sent to you via FedEx, encloses (i) a supplemental production pursuant to Federal Rule of Criminal Procedure 16, and (ii) all discovery and material designated as government exhibits and 3500 material that had been produced to prior counsel. All such material is governed by the protective order in this case (Doc. No. 26), which you signed on July 8, 2026, and August 3, 2026. (ECF Nos. 212-13.)

The government requests reciprocal discovery from the defendant.

The enclosed production contains two external hard drives, one of which is a two-terabyte hard drive that contains the new production as detailed here:

i. Incident reports related to the MSC Desiree drug seizure with bates numbers GOGIC005968-GOGIC005987;

ii. Chart of containers on the MSC Gayane where cocaine was found with bates numbers GOGIC005988;

iii. Material obtained from the MSC Gayane VDR:

   a. Extractions of the VDR, bates numbered GOGIC005996-GOGIC006003;

| Date (UTC) | Item | Bates Number |
|---|---|---|
| May 18, 2019 | Microphone | GOGIC005996 |
| May 18, 2019 | Radar | GOGIC005997 |
| May 18, 2019 | Microphone | GOGIC005998 |
| May 18, 2019 | Radar | GOGIC005999 |
| June 7, 2019 | Microphone | GOGIC006000 |
| June 7, 2019 | Radar | GOGIC006001 |
| June 8, 2019 | Microphone | GOGIC006002 |
| June 8, 2019 | Radar | GOGIC006003 |

b. Microphone and radar data from the VDR, also contained within GOGIC005996-GOGIC006003, bates numbered GOGIC006004

c. Video compilations of radar images contained on the VDR, bates numbered GOGIC005989 - GOGIC005995.

iv. An Apostile certifying the authenticity of Ecuadorean records previously produced as SENSITIVE_GOGIC000898 – SENSITIVE_GOGIC000904, bates numbered GOGIC006005

The enclosed production also contains a one-terabyte external hard drive that contains the following:

(i) 30 prior productions dated approximately March 23, 2023, June 7, 2023, September 20, 2023, October 26, 2023, November 14, 2023, January 19, 2024, January 26, 2024, March 18, 2024, April 3, 2024, May 29, 2024, July 19, 2024, September 18, 2024, December 20, 2024, February 14, 2025, March 26, 2025, July 11, 2025, July 16, 2025, August 18, 2025, August 26, 2025, September 9, 2025, September 16, 2025, October 14, 2025, October 16, 2025, October 17, 2025, October 28, 2025, October 29, 2025, October 30, 2025, November 4, 2025, November 5, 2025, and November 14, 2025; and

(ii) The government's marked exhibits[1] and 3500 material, as prepared in advance of trial last fall.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Francisco J. Navarro
Francisco J. Navarro
Nomi D. Berenson
Katherine P. Onyshko
Assistant United States Attorneys
(718) 254-7000

cc: Clerk of the Court (JMA) (by ECF) (without enclosure)

[1] The government asks that, after having reviewed the translations and transcripts marked Government Exhibits 203A, 204A, and 205A, which correspond to recordings marked Government Exhibits 203, 204, and 205, counsel please alert the government as to whether the parties agree with the accuracy of these documents or, to the extent you have any proposed changes, what edits you propose. The government makes this request to streamline the trial by avoiding unnecessary delay that could otherwise arise mid-trial.