T | M | R

TALKIN MUCCIGROSSO & ROBERTS LLP

August 6, 2026

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

BY ECF

Re: United States v. Goran Gogic
22 Cr. 493 (KMA)

Dear Judge Azrack:

Our office currently represents defendant Goran Gogic ("Gogic") as co-counsel. By this letter, we respectfully request that our firm and Sanford Talkin and Noam Greenspan be relieved as counsel for Gogic. Gogic has retained the Law Offices of Alan S. Futerfas as his new counsel and three attorneys from that firm have filed a Notice of Appearance on Gogic's behalf. Additionally, at the last conference in this case and at the request of the Futerfas firm and with the consent of Gogic, the Court rescheduled the trial in this matter to January 11, 2025, a date on which our firm is unavailable due to another previously scheduled trial.

Gogic consents to this application and the entire file has been transferred to the Futerfas firm. Thank you for Your Honor's consideration of this application.

Respectfully submitted,

Sanford Talkin

Sanford Talkin

Cc: All counsel (By ECF)