BEFORE: JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

DATE: 10/21/2026 **(BK)**
TIME: 12:00 PM (30 Mins.)

**CRIMINAL CAUSE FOR STATUS CONFERENCE (via Zoom)**

**DOCKET NO. 22-cr-00493 (JMA)**

FILED
CLERK
10/21/2026 1:43 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Goran Gogic** **DEF. #: 1**
☒ Present ☐ Not present ☒ Custody ☐Bail
**DEFENSE COUNSEL: Alan Futerfas, Stephani Guaba**
☐ Federal Defender ☐ CJA ☒ Retained

**AUSA: Nomi Berenson, Francisco Navarro, Katherine Onyshko**

INTERPRETER: Mel Shiu (Serbo-Croation, sworn)

PRETRIAL:

COURT REPORTER: Sophie Nolan COURTROOM DEPUTY: LMP

☒ Case Called. ☒ Counsel present for all sides.
☒ All parties consent to today's conference proceeding by Zoom.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial time entered while motions are pending
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for _.
☐ Hearing held on . Disposition:
☐ Jury selection is scheduled for

Defendant ☐ Remains on Bond ☒ Remains in Custody.

OTHER: Motion [218] for an anonymous and semi-sequestered jury is granted. Defendant's response to the [219] motion in limine to introduce Sky evidence should be filed by 11/20/2026. The parties are directed to promptly provide the Court with translated copies of any potentially relevant decisions from foreign courts concerning SKY ECC evidence.

Although not stated on the record at the conference, the Court is adjourning jury selection to 1/25/2027 at 9:30 AM, before a Magistrate Judge, TBD in the Brooklyn Courthouse. Trial will begin immediately following selection before Judge Azrack in Courtroom 8D S.