**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN:NDB/KPO
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 22, 2026

By ECF and E-Mail

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Goran Gogic
Criminal Docket No. 22-493 (JMA)

Dear Judge Azrack:

Pursuant to the Court's request yesterday afternoon, the government respectfully submits *ex parte* an unredacted version of the witness statement that was enclosed with its October 14, 2026 filing (ECF No. 219).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Nomi D. Berenson
Katherine P. Onyshko
Francisco J. Navarro
Assistant U.S. Attorneys
(718) 254-7000