ALAN S. FUTERFAS
ATTORNEY AT LAW
565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 684-8400

ELLEN B. RESNICK
STEPHANIE GUABA

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

October 22, 2026

**VIA ECF**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Goran Gogic, 22 CR 493 (JMA)**

Dear Judge Azrack:

While we generally endeavor to accommodate our colleagues' schedules, we are constrained to respectfully request that the Court keep the start of jury selection on January 25, 2027. ECF No. 222. As the Court is aware, Mr. Gogic was indicted on October 28, 2022. ECF No. 1. Prior defense counsel had three years to prepare for trial and, similarly, the government had years to obtain a witness to authenticate the Sky evidence prior to the first trial scheduled for November 17, 2025. (Scheduling Order dated Nov. 10, 2025). There was significant motion practice about the Sky evidence prior to the 2025 trial so the government was certainly on notice of the authentication issues.

The government thereafter had eleven months in which to procure an authentication witness. Yet, they provided notice of that witness on October 14, 2026, ECF No. 219, and wrote that in order to protect the witness and his/her family they would not release their name until two weeks before trial. Given the already complex Sky litigation in this case, and the related litigation and decisions by other courts in Europe, hearings certainly would have been anticipated.

If we promptly start hearings on or about January 4, 2027, there will be little time for the Court to carefully consider the issues and write a decision prior to trial. Further, there will likely be other evidentiary matters presented to the Court in the days before trial.

We acknowledge that the government has an important case commencing March 8, 2027, but the Gogic trial should be over by mid-February 2027 at the latest. ECF No. 223.

For all of these reasons, we respectfully request that the Court commence jury selection on January 25, 2027.

Respectfully,

/s

Alan S. Futerfas

cc: All counsel (via ECF)