**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NBD
F. #2022R00883/NY-NYE-865

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 6, 2026

By ECF and Email

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Goran Gogic
Criminal Docket No. 22-493 (JMA)

Dear Judge Azrack:

The government respectfully submits this letter to request that the Court accept the defendant's guilty plea in the above-captioned case.

On November 18, 2026, the defendant pled guilty before the Honorable Lara K. Eshkenazi, United States Magistrate Judge, to Count One of the indictment, which changed conspiracy to violate the Maritime Drug Law Enforcement Act in violation of Title 46, United States Code, Section 70506(b). A transcript of the proceeding, together with a proposed order accepting the guilty plea (ECF No. 229), is enclosed for the Court's review.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Nomi D. Berenson
Assistant U.S. Attorney
(718) 254-7000

cc: Clerk of Court (JMA) (by ECF)
Defense Counsel