GEORGE J. VILA, P.A.

201 ALHAMBRA CIRCLE, SUITE 702
CORAL GABLES, FLORIDA 33134
EMAIL: GVILA@GJVPA.COM | O: (305)445-2540| M: (305)546-3199

November 20, 2026

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

BY ECF

**RE: United States v. Goran Gogic**
**Case No. 22 Cr. 493 (KMA)**

Dear Judge Azrack:

The undersigned currently represents Defendant Goran Gogic, as co-counsel. By this letter, the undersigned respectfully requests that George J. Vila, Esq., and the Law Office of George J. Vila, P.A., be relieved as counsel. Presently, Mr. Gogic is being represented by the Law Offices of Alan S. Futerfas along with other attorneys from his office. The undersigned was initially retained as co-counsel to represent Mr. Gogic at trial. However, on November 18, 2026, Mr. Gogic decided not to go to trial and entered a guilty plea on this case.

On November 19, 2026, the undersigned spoke to Mr. Gogic and he has agreed to the relief sought herein.

Respectfully Submitted,

George Vila

George J. Vila, Esq.
Law Office of George J. Vila, P.A.

cc: All Counsel of Record (via ECF)